IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| INTEGRATED SENSING SYSTEMS, INC.  )<br>)<br>*Plaintiff*,  )<br>)<br>v.  )<br>)<br>ABBOTT LABORATORIES, ABBOTT  )<br>LABORATORIES INC., ST. JUDE  )<br>MEDICAL, LLC, AND CARDIOMEMS LLC  )<br>)<br>*Defendant*.  )<br>) | Civil Action No. 2:19-cv-10041-SFC-EAS<br><br>Honorable Denise Page Hood<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, INTEGRATED SENSING SYSTEMS, INC., hereby gives notice that the above captioned action is voluntarily dismissed without prejudice against all defendants, ABBOTT LABORATORIES, ABBOTT LABORATORIES INC., ST. JUDE MEDICAL, LLC, AND CARDIOMEMS LLC.

Respectfully submitted,

By: /James K. Cleland/
James K. Cleland (68,507)
DICKINSON WRIGHT, PLLC
350 S Main St. – Suite 300
Ann Arbor, Michigan 48104
Tel: 734-436-7356
jcleland@dickinson-wright.com

*Counsel for Plaintiff Integrated Sensing Systems, Inc.*

Dated: April 16, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to the following:

LATHAM & WATKINS LLP
Michael A. Morin
michael.morin@lw.com
Tara D. Elliott
tara.elliott@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201

S. Giri Pathmanaban
giri.pathmanaban@lw.com
140 Scott Drive
Menlo Park, CA 94025
Tel: (650) 328-4600
Fax: (650) 463-2600

*Attorneys for Defendants*
*ABBOTT LABORATORIES, ABBOTT LABORATORIES, INC., ST. JUDE MEDICAL, LLC, AND CARDIOMEMS LLC*

By:    /James K. Cleland/
James K. Cleland (68,507)
DICKINSON WRIGHT, PLLC
350 S Main St. – Suite 300
Ann Arbor, Michigan 48104
Tel: 734-436-7356
jcleland@dickinson-wright.com

April 16, 2020

*Counsel for Plaintiff Integrated Sensing Systems, Inc.*

2